**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 15-1103

Summit Data Systems, LLC

v.

NetApp Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Summit Data Systems, LLC

Party is (select one)   ☑ Appellant/Petitioner      ☐ Cross-Appellant
                        ☐ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No. C.A. No. 10-00749-GMS (D. Del.)

Date of Judgment/Order September 25, 2014   Type of Case Patent

Relief sought on appeal
Vacate exceptional case finding and/or award of attorneys' fees

Relief awarded below (if damages, specify)
Judgment of $1,395,514.62 in favor of NetApp, plus any additional expenses incurred in filing the motion for attorneys' fees.

Briefly describe the judgment/order appealed from
Award of attorneys' fees after an exceptional case finding in a patent case.

**FORM 26.   Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
N/A

Brief statement of the issues to be raised on appeal
Whether the district court abused its discretion in rendering an exceptional case finding and/or in awarding fees and costs and/or in calculating the amount of of awardable fees and costs.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom? _____

Magistrate Judge Thynge

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☑ Yes   ☐ No

If you answered no, explain why not _____

_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this <u>6th</u> day of <u>November</u>, <u>2014</u>

by: <u>ECF and email</u>
(manner of service)

<u>Robert P. Greenspoon</u>                    <u>s/ Robert P. Greenspoon</u>
Name of Counsel                              Signature of Counsel

Law Firm <u>Flachsbart & Greenspoon, LLC</u>

Address <u>333 N. Michigan Ave., Suite 2700</u>

City, State, ZIP <u>Chicago, IL 60601</u>

Telephone Number <u>312-551-9500</u>

FAX Number <u>312-551-9501</u>

E-mail Address <u>rpg@fg-law.com</u>