**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Summit Data Systems LLC ___ v. NetApp Inc. ___

No. 15-1103

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Summit Data Systems LLC
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert P. Greenspoon |
| Law firm: | Flachsbart & Greenspoon, LLC |
| Address: | 333 N. Michigan Ave., Suite 2700 |
| City, State and ZIP: | Chicago, IL 60601 |
| Telephone: | (312) 551-9500 |
| Fax #: | (312) 551-9501 |
| E-mail address: | rpg@fg-law.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 4, 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/17/14
Date                                    Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the ENTRY OF APPEARANCE OF ROBERT P. GREENSPOON FOR APPELLANT SUMMIT DATA SYSTEMS LLC were served upon the below-listed counsel for Defendant-Appellee NetApp Inc. via the CM/ECF system and e-mail on December 17, 2014:

Jack B. Blumenfeld
Morris, Nichols, Arst & Tunnell LLP
1201 Norht Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com

Byron C. Beebe
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
byron.beebe@weil.com

Dated: December 17, 2014                    Respectfully submitted,

                                            /s/ Robert P. Greenspoon
                                            _____
                                            Counsel of Record
                                            Robert P. Greenspoon
                                            Flachsbart & Greenspoon, LLC
                                            333 N. Michigan Ave., 27th FL
                                            Chicago, IL 60601
                                            (312) 551-9500