NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUMMIT DATA SYSTEMS LLC,**
*Plaintiff - Appellant*

v.

**NETAPP INC.,**
*Defendant - Appellee*

---

15-1103

---

Appeal from the United States District Court for the District of Delaware in case no. 1:10-cv-00749-GMS United States District Judge Gregory M. Sleet

---

ON MOTION

Per Curiam.

### O R D E R

Upon consideration of the Appellant, Summit Data Systems LLC unopposed motion to correct or supplement record on appeal,

IT IS ORDERED THAT:

The motion is moot. The opinion has issued on October 9, 2015.

                                FOR THE COURT

October 9, 2015                 /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court